**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LOUIS LAZAR, III, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:20-cv-05336 |
| | : | |
| TOWN OF WEST SADSBURY, PA, TOWN | : | |
| SUPERVISOR ED HAAS, and | : | |
| CHIEF OF POLICE LUKE FIDLER, | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 18th day of February, 2021, upon consideration of the Defendants'

motion to dismiss Plaintiff's Complaint, *see* ECF No. 10, and for the reasons set forth in the

Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1.      Defendants' motion to dismiss, ECF No. 10, is **GRANTED**.

2.      Plaintiff's claims against West Sadsbury Township Supervisor Ed Haas in his

official capacity are dismissed, with prejudice, as duplicative of claims against the Township

itself.

3.      Plaintiff's claims against Supervisor Haas in his personal capacity are dismissed,

without prejudice and with leave to re-plead, pursuant to the directives contained in the Court's

Opinion.

4.      Plaintiff's claims against West Sudsbury Township are dismissed, without

prejudice and with leave to re-plead, pursuant to the directives contained in the Court's Opinion.

5.      Plaintiff's claims under the Civil Rights Act of 1964 are dismissed, without

prejudice and with leave to re-plead, pursuant to the directives contained in the Court's Opinion.

6.      Should Plaintiff choose to file an Amended Complaint, he must do so **within thirty (30) days** of this Order.[1]

BY THE COURT:

_/s/ Joseph F. Leeson, Jr._
JOSEPH F. LEESON, JR.
United States District Judge

---

[1]     Plaintiff is on notice that any Amended Complaint that he files will completely supersede his initial Complaint; as such, any Amended Complaint must include all relevant factual allegations and legal claims.  Plaintiff is on further notice that any Amended Complaint shall only include the claims authorized by this Order and the adjoining Opinion.