UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS LAZAR, III, | : |
| Plaintiff, | : |
| v. | : No. 5:20-cv-05336 |
| TOWN OF WEST SADSBURY, PA, | : |
| Defendants. | : |

# **O R D E R**

**AND NOW**, this 17th day of June, 2021, upon consideration of the Defendant's motion to dismiss Plaintiff's Amended Complaint, *see* ECF No. 15, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Defendant's motion to dismiss, ECF No. 15, is **GRANTED**.

2. Plaintiff's Amended Complaint, ECF No. 14, is **DISMISSED, with prejudice.**

3. This case is **CLOSED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge