**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| LOUIS LAZAR, III, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :        No. 5:20-cv-05336 |
| | : |
| TOWN OF WEST SADSBURY, PA, | : |
| | : |
| Defendant. | : |

_____

## O R D E R

**AND NOW**, this 30th day of September, 2021, upon consideration of Plaintiff's motion

for reconsideration, *see* ECF No. 21, and for the reasons set forth in the Opinion issued this date,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1.  Plaintiff's motion to reconsider, ECF No. 21, is **DENIED**; and

2.  This case remains **CLOSED**.


BY THE COURT:



*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge